# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| ANDRES GUEVARA,<br><br>Plaintiff,<br><br>vs.<br><br>STARPOINT RESPORT GROUP, INC.; and JULIASANGEL MARKETING, LLC,<br><br>Defendants. | Case No.<br>6:25-cv-21-WWB-RMN |

## **REPORT AND RECOMMENDATION**

This matter is before the Court on Plaintiff's Motion to Dismiss Federal Claims and Remand Case (Dkt. 10, the "Motion"), filed on January 21, 2025. Defendants do not object to the substance of the relief requested. *See* Dkt. 13. This Motion has been referred to me for a Report and Recommendation.

For the reasons given in the recent unanimous Supreme Court decision in *Royal Canin U.S.A., Inc. v. Wullschleger*, No. 23-677, slip op. at *20 (U.S. Jan. 15, 2025), Plaintiff's request for leave to drop his federal claims and remand this case to state court should be granted. The procedure proposed by Defendant—construing the motion as seeking leave to amend the complaint, granting the amendment of

the complaint through interlineation, and granting the request for remand—seems efficient and reasonable.

Accordingly, I respectfully **RECOMMEND**:

1. **CONSTRUING** the Motion as seeking leave to amend the complaint;

2. **GRANTING** the Motion so construed and amending the complaint through interlineation to remove Plaintiff's federal claims;

3. **GRANTING** the Motion to the extent that it requests remand to state court;

4. **REMANDING** the case to the County Court for the Ninth Judicial Circuit, in and for Orange County, Florida; and

5. **DIRECTING** the Clerk of Court to terminate all pending motions and deadlines and close the file.

### Notice to Parties

"Within 14 days after being served with a copy of [a report and recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters review by the district judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1.

- 3 -

Though not required, I encourage the parties to file notices informing the Court if they do not object to this report and recommendation. Doing so permits the Court to act before the expiration of the 14-day objection period.

**ENTERED** in Orlando, Florida, on February 6, 2025.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:
Hon. Wendy W. Berger
Counsel of Record