UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDRES GUEVARA,

        Plaintiff,

v.                                                                                                  Case No.: 6:25-cv-21-WWB-RMN

STARPOINT RESORT GROUP, INC.
and JULIASANGEL MARKETING, LLC,

        Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Dismiss Federal Claims and to Remand (Doc. 10) and Defendants' Notice of Non-Opposition (Doc. 13) thereto. United States Magistrate Judge Robert M. Norway submitted a Report and Recommendation (Doc. 14), in which he recommends that the Motion be granted, and the case be remanded.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Dismiss Federal Claims and to Remand (Doc. 10), construed as a motion to amend pursuant to Federal Rule of Civil Procedure 15, is **GRANTED** and the Complaint (Doc. 1-4) is deemed amended to

remove any claims arising under the Telephone Consumer Protection Act, 47 U.S.C. § 227.

3. This case is **REMANDED** to the County Court of the Ninth Judicial Circuit, in and for Orange County, Florida, Case Number 2024-CC-023318-O.

4. The Clerk is directed to terminate all other pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on February 28, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Clerk of the Court of the Ninth Judicial Circuit in and for Orange County, Florida